No. 1827. El Pueblo, Apelado, *v.* Santiago, Apelante.— Corte de Distrito de San Juan, Segundo Distrito. Infracción de la ley de arbitrios. Resuelto en diciembre 9, 1921. No existe pliego de excepciones ni relación de hechos y no aparece de los autos error fundamental alguno. *Confirmada.*

No. 1815. El Pueblo, Apelado, *v.* Torres, Apelante.— Corte de Distrito de San Juan, Segundo Distrito. Infracción a la ley de arbitrios. Resuelto en diciembre 9, 1921. No existe pliego de excepciones, relación de pruebas ni alegato y siendo la denuncia suficiente, se confirma la sentencia.

Nos. 1813 y 1814. El Pueblo, Apelado, *v.* Pepín, Apelante.—El Pueblo, Apelado, *v.* Gari, Apelante.—Corte de Distrito de San Juan, Segundo Distrito. Infracción a la ley de arbitrios. Resueltos en diciembre 9, 1921. No existe pliego de excepciones ni exposición del caso y no aparece de los autos error fundamental alguno. *Confirmadas las sentencias.*

No. 1808. El Pueblo, Apelado, *v.* Ochoa, Apelante.— Corte de Distrito de Humacao. Infracción al artículo 553 del Código Penal. Resuelto en diciembre 9, 1921. No se ha presentado alegato y no aparece error fundamental alguno de los autos. *Confirmada.*

No. 1793. El Pueblo, Apelado, *v.* Millán, Apelante.— Corte de Distrito de Humacao. Homicidio voluntario. Resuelto en diciembre 9, 1921. No se ha presentado alegato y no aparece de los autos error fundamental alguno. *Confirmada.*